ARNOLD C. HANSEN v. GRIGORI BENENSON.— Motion for stay granted unless defendant stipulates to consent to issuance of commission upon written interrogatories; plaintiff to serve a copy of his direct interrogatories within ten days after entry and service of order of this court; defendant to have ten days to serve cross-interrogatories, and plaintiff to move to settle interrogatories without delay. Should defendant stipulate as aforesaid, and plaintiff fail to proceed as indicated, motion denied. Settle order on notice. Present — Clarke, P. J., Laughlin, Page, Merrell and Greenbaum, JJ.

AMERICAN MANGANESE MANUFACTURING COMPANY v. POPE TRADING CORPORATION.— Motion for stay pending appeal granted. Settle order on notice. Present — Clarke, P. J., Laughlin, Page, Merrell and Greenbaum, JJ.

UNITED STATES TRUCKING CORPORATION v. DANIELS, HALVEY & KENNEDY, INC., Impleaded, etc.— Motion for stay denied, with ten dollars costs, and temporary stay vacated. Present — Clarke, P. J., Laughlin, Page, Merrell and Greenbaum, JJ.

SADIE ZASLAWSKY and Others, as Executrices, etc., v. LOUIS SCHWARTZ.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Page, Merrell and Greenbaum, JJ.

LOUISE C. NASH v. T. J. OAKLEY RHINELANDER and Others.— Motion granted and defendants' time to file brief extended to July 20, 1921. Present — Clarke, P. J., Laughlin, Page, Merrell and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. SAMUEL HOLZMAN.— Motion denied. Present — Clarke, P. J., Laughlin, Page, Merrell and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. E. H. MILLER v. Hon. NATHAN L. MILLER, Governor, and Others.— Motion denied. Present — Clarke, P. J,. Laughlin, Page, Merrell and Greenbaum, JJ.

HENRY YOOS, an Infant, v. THIRD AVENUE RAILROAD COMPANY. HENRY YOOS v. THIRD AVENUE RAILROAD COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Page, Merrell and Greenbaum, JJ.

THOMAS DE SIMONE v. TRANSPORTES MARTIMODOS DO ESTADO.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Page, Merrell and Greenbaum, JJ.

ABRAHAM POLLACK v. THE RETAIL TOBACCONIST PRINTING AND PUBLISHING COMPANY, INC.—Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Page, Merrell and Greenbaum, JJ.